UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                    :

JOSEPH SAPONARO and GARY WEKSLER,  :
                           Plaintiffs,  :
                                        :          26 Civ. 108 (LGS)

-against-           :

                                        :            ORDER

CBCF II D, LLC, COLD BORE CAPITAL     :
FUND III, L.P., COLD BORE CAPITAL GP III,  :
LLC and SERGIO ZEPEDA,            :
                            Defendants.  :
                                        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for March 3, 2026.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.

WHEREAS, affidavits of service filed on February 20, 2026, (Dkt. Nos. 17-20) indicate that each Defendant was served with the Summons in a Civil Action and Complaint on January 21, 2026.

WHEREAS, Defendant Sergio Zepeda timely moved for an extension of time to respond the Complaint.  (Dkt. No. 15)  The request was granted, and Zepeda's deadline to respond was adjourned to March 18, 2026.  (Dkt. No. 16)

WHEREAS, counsel for Defendants CBCF II D, LLC, Cold Bore Capital Fund III, L.P. and Cold Bore Capital GP III, LLC (collectively, the "Cold Bore Defendants") have not appeared in this action to date, and the Cold Bore Defendants did not seek extensions from the February 11, 2026, deadline to answer.

WHEREAS, Plaintiffs stated that the Cold Bore Defendants have not contacted Plaintiffs' counsel.  (Dkt. No. 22).  Plaintiffs further stated that they intend to file an application for default

judgment against the Cold Bore Defendants because their time to answer or otherwise respond to the complaint in this action has expired (Dkt. No. 22).  It is hereby

ORDERED that the March 3, 2026, initial pretrial conference is CANCELED.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

ORDERED that Plaintiffs' request for an extension of time to file the joint letter and proposed case management plan in anticipation of the March 3, 2026, conference is DENIED as moot.  It is further

ORDERED that if Defendant Zepeda seeks to file a motion to dismiss, he shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

ORDERED that, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

ORDERED that Plaintiffs shall move for default against the Cold Bore Defendants by March 20, 2026.

The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances.

The Clerk of Court is respectfully directed to close the letter motion at Dkt. No. 21.

Dated: February 26, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE