**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH SAPONARO and GARY WEKSLER,<br>Plaintiffs,<br>- against –<br>CBCF II D, LLC, COLD BORE CAPITAL FUND III, L.P., COLD BORE CAPITAL GP III, LLC, and SERGIO ZEPEDA,<br>Defendants. | Civil Action No. 1:26-cv-00108-LGS<br>**CONSENT JUDGMENT** |

WHEREAS, Plaintiffs Joseph Saponaro ("Saponaro") and Gary Weksler ("Weksler") (collectively, "Plaintiffs") commenced this action against Defendants CBCF II D, LLC, Cold Bore Capital Fund III, L.P., Cold Bore Capital GP III, LLC, and Sergio Zepeda ("Defendants") by filing a Complaint on January 7, 2026, alleging breach of contract, foreclosure of security interest, conversion, unjust enrichment, and breach of guarantees;

WHEREAS, Defendants filed their answer and affirmative defenses on May 15, 2026;

WHEREAS, the parties desire to resolve all claims and disputes arising out of or related to this action amicably and without further litigation, expense, or trial, and have consented to the entry of this Consent Judgment; and

WHEREAS, the parties waive formal findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, upon the consent of Plaintiff and Defendant, and the Court being fully advised in the premises, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

**1. JURISDICTION AND VENUE**

This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 and personal jurisdiction over the parties. Venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1391.

**2. MONETARY JUDGMENT**

Judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in the total sum of $7,071,390.85, which consists of principal damages of $6,525,000.00, pre-judgment interest of $528,256.85, and attorneys' fees and costs of $18,134.00.

**3. RELEASE OF CLAIMS**

Except for the obligations created by or preserved in this Consent Judgment, this Judgment constitutes a full and final adjudication of all claims asserted, or that could have been asserted, by Plaintiffs against Defendants arising out of the transactions and occurrences alleged in the Complaint.

**4. WAIVER OF APPELLATE RIGHTS**

The parties hereby waive all rights to appeal, seek a rehearing, or otherwise challenge or contest the validity of this Consent Judgment.

**5. RETENTION OF JURISDICTION**

Notwithstanding the entry of final judgment, this Court shall retain continuing jurisdiction over the parties and the subject matter of this action for the purpose of enforcing, construing, interpreting, and supervising compliance with the terms of this Consent Judgment.

**6. COSTS AND ATTORNEYS' FEES**

Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action, except as otherwise expressly provided herein.

**7. TERMINATION / CLOSING**

The Clerk of the Court is respectfully directed to enter judgment accordingly and to mark this case as closed, subject to the Court's retained jurisdiction set forth in Paragraph 5 above.

So Ordered.

Dated: November 5, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

CONSENTED AND AGREED TO:

HINMAN, HOWARD & KATTELL, LLP

By: */s/Diana Malave*
Joseph N. Paykin
Diana Malave
1025 Westchester Avenue, Suite 301
White Plains, NY 10604
Tel.: 914.694.4102
Fax: 914.694.4510
jpaykin@hhk.com
dmalave@hhk.com

*Attorneys for Plaintiffs*

ELLIS & WINTERS LLP

By: */s/Siobhan Briley*
Siobhan Briley
P.O. Box 33660
Raleigh, NC 27626
Tel.: 919.865.7000
Fax: 919.865.7010
Siobhan.briley@elliswinters.com

*Attorney for Defendants*

SWK ATTORNEYS AT LAW

By: */s/David E. Cohen*
David E. Cohen
*Admitted pro hac vice*
500 Skokie Boulevard, Suite 600
Northbrook, IL 60062
dcohen@swkattorneys.com

*Attorney for Defendants*